```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                  NORTHERN DIVISION
```

UNITED STATES OF AMERICA                                PLAINTIFF

VS.                               CRIMINAL NO. 3:10-cr-42-DCB-LRA

JAMES DOYLE                                             DEFENDANT

### AMENDED JUDGMENT

IN THE REFERENCED MATTER, before the Court is a letter from Jose A. Santana, who serves as Chief of one of the divisions of the Federal Bureau of Prisons. This letter will be made a part of the referenced file, Criminal Case Number 3:10-cr-42-DCB-LRA.

As the letter shows, at the time of the Federal sentence this defendant was in the custody of the State of Mississippi and apparently had not yet been sentenced, thus, the Judgment in the referenced case was silent as to whether said sentence should be consecutive to or concurrent with the State sentence, once imposed.

In order to clear the record it is the Order of this Court that the Federal sentence imposed upon James Doyle run concurrently with the term of imprisonment imposed by the State of Mississippi. Honorable Pat Lemon, Assistant United States Attorney for the Southern District of Mississippi was indicated as a recipient of a copy of the letter of Mr. Santana, and has

been contacted by the Court and has no objection to this Order.

SO ORDERED this the __23rd__ day of February, 2015.


                                         s/David Bramlette
                                       UNITED STATES DISTRICT JUDGE